1  RAYMOND M. BUDDIE        (SBN 121353)
   RICK W. GRADY            (SBN 235976)
2  TIMOTHY E. ELLIOTT       (SBN 210640)
   PECKAR & ABRAMSON, P.C.
3  455 Market Street, 21st Floor
   San Francisco, CA 94105
4  Telephone: (415) 837-1968
5  Facsimile: (415) 837-1320

6  Attorneys for defendants AMERICAN CASUALTY COMPANY OF READING, PA; and NATIONAL
   UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS; and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, | Case No. 3:07-CV-02564-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONSOLIDATION** |
| Plaintiffs, | |
| vs. | |
| DICK/MORGANTI, a joint venture; DICK CORPORATION; THE MORGANTI GROUP, INC.; AMERICAN CASUALTY COMPANY OF READING, PA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and DOES 1 through 10, inclusive, | |
| Defendants. | |
| AND ALL RELATED COUNTER CLAIMS AND THIRD PARTY COMPLAINTS. | |

LAW OFFICES
Peckar &
Abramson
A Professional Corporation

1
STIPULATION AND [PROPOSED] ORDER FOR CONSOLIDATION    Case No.: 3:07-CV-02564-CRB
                                                      Case No.: 3:07-CV-07-04180 EDL

| | |
|---|---|
| PERFORMANCE CONTRACTING INC, <br><br>Plaintiffs (s), <br>vs. <br><br>DICK/MORGANTI, a California joint venture; DICK CORPORATION, a Pennsylvania corporation; THE MORGANTI GROUP, INC, a Connecticut corporation; AMERICAN CASUALTY COMPANY OR READING, PENNSYLVANIA, a Pennsylvania corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; CONTINENTAL CASUALTY COMPANY, an Illinois corporation; and DOES 1-20, <br><br>Defendant(s). | Case No: 3:07-CV-07-04180 EDL |

## I.   PARTIES AND RELATED CASES

The actions captioned above stem from the construction of the project commonly referred to as the GSA Federal Building located at 90 Seventh Street, San Francisco, California (the "Project"). On or about May 15, 2007, Plaintiff Webcor Construction, Inc. dba Webcor Concrete ("Webcor"), a subcontractor on the Project, filed an action in Case No. CV-02564-CRB against the general contractor for the Project, Dick/Morganti, a Joint Venture; Dick Corporation; and the Morganti Group, Inc. (collectively "Dick/Morganti"). Webcor also named as Defendants American Casualty Company of Reading, PA and National Union Fire Insurance Company of Pittsburgh, PA (collectively, the "Sureties"), each of which issued Miller Act payment bonds for the Project (the "Webcor Action"). Subsequently, the Sureties filed a Motion to Stay the Webcor Action on or about July 20, 2007, and on or about July 27, 2007, the Sureties filed a Third Party Complaint for Declaratory Relief against some of the other subcontractors on the Project, including Performance Contracting, Inc. ("PCI").

On or about August 15, 2007, PCI filed a separate action similar to Webcor's lawsuit in the U.S.D.C., Northern District of California, San Francisco Division, Case No. 3:07-cv-04180-EDL ("PCI Action"). PCI named Dick/Morganti, the Sureties, and Continental Casualty Company as Defendants. PCI also filed in the Webcor Action, in response to the Sureties'

LAW OFFICES
Peckar &
Abramson
A Professional Corporation

2
STIPULATION AND [PROPOSED] ORDER FOR CONSOLIDATION    Case No.: 3:07-CV-02564-CRB
                                                      Case No.: 3:07-CV-07-04180 EDL

Motion to Stay, a Request for Continuance of the hearing on the Motion to Stay, which had been set for August 24, 2007. PCI's Request also included a request that the PCI Action be consolidated into the Webcor Action. The Hearing on the Sureties Motion to Stay has been continued to October 19, 2007. Counsel for the Sureties also represents Dick/Morganti and Continental Casualty Company, who have not yet appeared in either action.

## II.  COMMON ISSUES OF LAW AND FACT

Counsel for PCI, Dick/Morganti, the Sureties, Continental Casualty Company, and Webcor have agreed that the PCI Action and the Webcor Action involve common questions of law and facts related to disputes arising from the Project, and therefore said actions are proper for consolidation pursuant to Federal Rule of Civil Procedure 42.

## III.  STIPULATION TO CONSOLIDATION

Given the common issues of law and facts, as well as the benefits of judicial economy, PCI, Dick/Morganti, the Sureties, Continental Casualty Company, and Webcor hereby STIPULATE to consolidation of the PCI Action into the Webcor Action for all purposes.

**AGREED TO BY:**

Dated: September 17, 2007

DICK/MORGANTI

By: _____
Raymond M. Buddie
Timothy E. Elliott
Rick W. Grady
Attorneys for DICK/MORGANTI

Dated: September 17, 2007

DICK CORPORATION

By: _____
Raymond M. Buddie
Timothy E. Elliott
Rick W. Grady
Attorneys for DICK CORPORATION

LAW OFFICES
Peckar &
Abramson
A Professional Corporation

3

STIPULATION AND [PROPOSED] ORDER FOR CONSOLIDATION    Case No.: 3:07-CV-02564-CRB
Case No.: 3:07-CV-07-04180 EDL

```
 1   Dated: September 17, 2007              THE MORGANTI GROUP, INC.
 2
 3                                          By: _____
                                                Raymond M. Buddie
 4                                              Timothy E. Elliott
                                                Rick W. Grady
 5                                              Attorneys for THE MORGANTI GROUP,
                                                INC.
 6
     Dated: September 17, 2007              AMERICAN CASUALTY COMPANY
 7                                          OF READING, PA

 8
                                            By: _____
 9                                              Raymond M. Buddie
                                                Timothy E. Elliott
10                                              Rick W. Grady
                                                Attorneys for AMERICAN CASUALTY
11                                              COMPANY OF READING, PA

12   Dated: September 17, 2007              CONTINENTAL CASUALTY
                                            COMPANY
13

14
                                            By: _____
15                                              Counsel for CONTINENTAL
                                                CASUALTY COMPANY
16
     Dated: September 17, 2007              NATIONAL UNION FIRE INSURANCE
17                                          COMPANY OF PITTSBURGH, PA

18
                                            By: _____
19                                              Raymond M. Buddie
                                                Timothy E. Elliott
20                                              Rick W. Grady
                                                Attorneys for NATIONAL UNION FIRE
21                                              INSURANCE COMPANY OF
                                                PITTSBURGH, PA
22

23
     Dated: September 13, 2007              PERFORMANCE CONTRACTING, INC.
24

25
                                            By: _____
26                                              J. Morrow Otis
                                                Steven L. Iriki
27                                              Attorneys for PERFORMANCE
                                                CONTRACTING, INC.
28
```

LAW OFFICES
Peckar &
Abramson
A Professional Corporation

4
STIPULATION AND [PROPOSED] ORDER FOR CONSOLIDATION   Case No.: 3:07-CV-02564-CRB
                                                    Case No.: 3:07-CV-07-04180 EDL

Dated: September 17, 2007

WEBCOR CONSTRUCTION, INC.

By: _____
Richard T. Bowles
Kenneth G. Jones
Attorneys for WEBCOR
CONSTRUCTION, INC.

**IT IS SO ORDERED.**

Dated: September 19, 2007

By: _____
Honorable Charles E. Breyer

Dated: September ___, 2007

By: _____

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

LAW OFFICES
Peckar &
Abramson
A Professional Corporation

5
STIPULATION AND [PROPOSED] ORDER FOR CONSOLIDATION         Case No.: 3:07-CV-02564-CRB
                                                            Case No.: 3:07-CV-07-04180 EDL